IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EUGENE CARTER, II,**
    Plaintiff,

vs.            CASE NO.: 3:05cv491/MCR/MD

**HEALTH EASE MEDICAL GROUP,**
    Defendant.
                              /

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 4, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED pursuant to 28 U.S.C. § 1915 for failure to state a claim.

    DONE AND ORDERED this 17th day of February, 2006.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**